UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LAURA COPPOLA,

                Plaintiff,

                                                                    Civil Action No. 1:19-00569-EAW

       v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

------------------------------------------------------------X

## **STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920**

**IT IS HEREBY STIPULATED** by and between Oona Marie Peterson, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the defendant herein, and Taylor Christine Schubauer, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$6,300.00,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$400.00**.

Dated: Buffalo, New York, June 21, 2021

| | |
|---|---|
| By:   */s/ Oona Marie Peterson*<br>      Oona Marie Peterson<br><br>Special Assistant United States Attorney<br>Western District of New York<br>Social Security Administration<br>Office of General Counsel<br>26 Federal Plaza, Room 3904<br>New York, New York 10278<br>(212) 264-0768<br>Email: oona.peterson@ssa.gov | By:   */s/ Taylor C. Schubauer*<br><br><br>TAYLOR CHRISTINE SCHUBAUER<br>William C. Bernhardi Law Offices<br>950-A Union Road<br>Suite 240<br>West Seneca, NY 14224<br>716-674-2424<br>Fax: 716-674-0388<br>Email: taylor@bernhardilaw.com |

SO ORDERED:

_____
Elizabeth A. Wolford
United States District Judge
Dated: June 21, 2021